UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SAMANTHA A. ULIBARRI,

                    Plaintiff,

        v.

FRANK BISIGNANO, Commissioner of
Social Security,

                    Defendant.

Case No. 2:25-cv-01964-EJY

**ORDER**

On October 20, 2025, Plaintiff filed her Complaint seeking review of a Social Security determination. ECF No. 6. The Commissioner filed the Certified Administrative Record on December 8, 2025. ECF No. 8. Under the Federal Rules of Civil Procedure's Supplemental Rules governing Social Security appeals, Plaintiff's Opening Brief was due thirty days after the Administrative Record was filed. Fed. R. Civ. P. Supp. Soc. Sec. R. 6. However, no brief by Plaintiff has been filed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must file her Opening Brief no later than **March 25, 2026**. Failure to file an Opening Brief will result in dismissal of this action under Fed. R. Civ. Pro. 41(b) for failure to prosecute.

Dated this 23rd day of February, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1