UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SAMANTHA ULIBARRI,

       Plaintiff,

   v.

FRANK BISIGNANO, Commissioner of Social Security,

       Defendant.

Case No. 2:25-cv-01964-EJY

**ORDER**

Plaintiff, proceeding *pro se*, filed a Complaint against the Social Security Administration seeking judicial review of the Commissioner of Social Security's decision denying Disability Insurance benefits. ECF No. 6. Under Supplemental Rule 6 for Social Security cases, Plaintiff's Opening Brief was due thirty (30) days after the Administrative Record was filed. Fed. R. Civ. P. Supp. Soc. Sec. R. 6; ECF No. 5. On December 8, 2025, Defendant filed the Administrative Record. ECF No. 8. Plaintiff's Opening Brief was due January 8, 2026, which she did not file. The Court subsequently entered an Order on February 23, 2026 requiring Plaintiff to file her Opening Brief no later than March 25, 2026. ECF No. 10. The Court explained that failure to file an Opening Brief will result in dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *Id.*

As of the date of this Order, Plaintiff has not filed her Opening Brief or sought to extend the filing deadline. A court may dismiss an action based on a party's failure to prosecute an action or failure to obey a court order. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992).

Accordingly, IT IS HEREBY ORDERED that this matter is dismissed in its entirety, without prejudice for failure to prosecute.

1

IT IS FURTHER ORDERED that the Clerk of Court is ordered to close this case. No further filings are to be accepted in this closed matter.

Dated this 30th day of March, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE